Fill in this information to identify the case:

Debtor name: **Taylor Tooling Group, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service**  PO Box 7346  Centralized Insolvency  Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $100,337.70 |
| **Precision Wire EDM Service Inc**  3180 Three Mile Road NW  Walker, MI 49544 | | Lawsuit Case No. 18-9338 CBB | | | | $81,973.60 |
| **State of Michigan Dept. of Treasury**  PO Box 30754  Lansing, MI 48909 | | Withholding Taxes | | | | $65,385.27 |
| **Midway Machinery Movers**  3227 3 Mile Road NW  Grand Rapids, MI 49534 | | Revolving Account | | | | $19,500.00 |
| **City of Walker Treasurer**  4243 Remembrance Road NW  Walker, MI 49534 | | Personal Property Taxes | | | | $17,660.17 |
| **Ajacs Die Sales Corp.**  4625 Clay Avenue SW  Grand Rapids, MI 49548 | | Supplies | | | | $15,134.77 |
| **UniFirst Corporation**  960 Ken O Shaw Industrial Park  Grand Rapids, MI 49508 | | Services/Fees | | | | $11,944.29 |

Debtor **Taylor Tooling Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pronic, Inc.** <br> 7666 Market Drive <br> Canton, MI 48187 | | Revolving Account | | | | $10,989.79 |
| **Axis Mold Works, Inc.** <br> 8005 Childsdale Ave <br> Rockford, MI 49341 | | Services | | | | $10,940.00 |
| **Steel21** <br> 11786 White Creek Avenue <br> Cedar Springs, MI 49319 | | Revolving Account | | | | $10,822.00 |
| **S & S Industrial Supply Inc.** <br> 7600 S. Sprinkle Road <br> Portage, MI 49002 | | Supplies <br> Lawsuit Case No. 18-8671 GC | | | | $9,711.73 |
| **Integrity Fab & Machine, Inc.** <br> 150 Enterprise Drive <br> Breckenridge, MI 48615 | | Lawsuit Case No. 18-500 GC | | | | $9,617.50 |
| **Robb Machine Tool Company** <br> 4301 Clyde Park <br> Wyoming, MI 49509 | | Revolving Account | | | | $9,500.00 |
| **Wolverine Special Tool, Inc.** <br> 1857 Waldof Street <br> Grand Rapids, MI 49544 | | Revolving Account | | | | $8,653.83 |
| **Standard Lifters** <br> 3096 Northridge Drive NW <br> Grand Rapids, MI 49544 | | Revolving Account | | | | $8,471.93 |
| **Nemic Industrial Supply** <br> 1547 Division Ave S <br> Grand Rapids, MI 49507 | | Services/Supplies | | | | $8,397.20 |
| **FAS Machining, LLC** <br> 8166 Graphic Drive <br> Belmont, MI 49306 | | Revolving Account | | | | $7,879.00 |
| **Priority Health** <br> 3915 Momentum Place <br> Chicago, IL 60689 | | Services | | | | $7,317.69 |

Debtor **Taylor Tooling Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eifeler Coatings Technology**<br>**3800 Commerce Drive**<br>**Saint Charles, IL 60174** | | **Revolving Account** | | | | $6,173.00 |
| **Eifeler Coating Technology**<br>**c/o Eugene Mac Biehl & Biehl, Inc.**<br>**325 E. Fullerton Avenue**<br>**Carol Stream, IL 60188** | | **Services/Supplies** | | | | $6,173.00 |