## Taylor Tooling Group, LLC
## Profit & Loss
### October 1, 2018

**Accrual Basis**

| | Oct 1, 18 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Machining Revenue | 8,058.75 |
|   **Total Income** | **8,058.75** |
|   **Cost of Goods Sold** | |
|     Shop Employee Benefits | |
|       Health Insurance - Shop | 5,512.98 |
|     Total Shop Employee Benefits | 5,512.98 |
|     Shop Wages/Payroll Taxes | |
|       Shop Wages | (8,745.68) |
|       Shop Payroll Tax Expense | (697.59) |
|     Total Shop Wages/Payroll Taxes | (9,443.27) |
|     Shop Supplies | |
|       Shop Supplies (General) | 14.50 |
|     Total Shop Supplies | 14.50 |
|   **Total COGS** | **(3,915.79)** |
| **Gross Profit** | **11,974.54** |
|   **Expense** | |
|     Lease Expense (Office Equip) | 179.90 |
|     Meals & Entertainment - 50% | 38.97 |
|     Office Supplies | 66.76 |
|     Office Employee Benefits | |
|       Health Insurance - Office | 401.13 |
|       Health Insurance (Owners) | 2,124.69 |
|     Total Office Employee Benefits | 2,525.82 |
|     Office Wages/Payroll Taxes | |
|       Salary/Hourly Wages | (2,576.47) |
|       Office Payroll Tax Expense | (130.48) |
|     Total Office Wages/Payroll Taxes | (2,706.95) |
|     Rent Expense | 5,097.96 |
|     Trash Removal | 113.96 |
|   **Total Expense** | **5,316.42** |
| **Net Ordinary Income** | **6,658.12** |
| **Other Income/Expense** | |

Accrual Basis

# Taylor Tooling Group, LLC
## Profit & Loss
### October 1, 2018

|  | Oct 1, 18 |
|---|---:|
| **Other Expense** | |
|   Interest Expense | |
|     Term Loan Interest | 505.85 |
|   **Total Interest Expense** | 505.85 |
| **Total Other Expense** | 505.85 |
| **Net Other Income** | (505.85) |
| **Net Income** | **6,152.27** |

Accrual Basis

# Taylor Tooling Group, LLC
## Balance Sheet
### As of November 1, 2018

|  | Nov 1, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First Community Bank | 1,619.25 |
| **Total Checking/Savings** | 1,619.25 |
| **Accounts Receivable** | |
| Accounts Receivable | 105,883.51 |
| **Total Accounts Receivable** | 105,883.51 |
| **Other Current Assets** | |
| **WIP/Inventory** | |
| Work In Process | 192,960.00 |
| **Total WIP/Inventory** | 192,960.00 |
| **Prepaid Expenses** | |
| Life Insurance | 5,011.21 |
| Software Maintenance | 656.23 |
| **Total Prepaid Expenses** | 5,667.44 |
| **Total Other Current Assets** | 198,627.44 |
| **Total Current Assets** | 306,130.20 |
| **Fixed Assets** | |
| Computers | 41,493.26 |
| Furniture & Office Equipment | 4,263.94 |
| Leasehold Improvements | 2,008.99 |
| Machinery & Shop Equipment | 857,990.01 |
| Shop Vehicles | 17,633.50 |
| Software | 76,094.80 |
| Accumulated Depreciation | (647,540.90) |
| **Total Fixed Assets** | 351,943.60 |
| **Other Assets** | |
| Asset in Process | 101,250.00 |
| Security Deposit | 4,900.00 |
| **Total Other Assets** | 106,150.00 |
| **TOTAL ASSETS** | **764,223.80** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | |

Accrual Basis

# Taylor Tooling Group, LLC
## Balance Sheet
### As of November 1, 2018

|  | Nov 1, 18 |
|---|---:|
| **Accounts Payable** | 301,970.90 |
| **Total Accounts Payable** | 301,970.90 |
| **Credit Cards** |  |
|   Capital One MasterCard (9282) | 2,327.16 |
|   American Express (01001) 18.24% | 5,431.06 |
|   Chase Ink (7639) 29.99% | 7,103.03 |
|   Discover (8203) 29.99% | 13,631.99 |
| **Total Credit Cards** | 28,493.24 |
| **Other Current Liabilities** |  |
|   Accrued Property Taxes | (4,007.60) |
|   Accrued Payroll & Taxes | 21,391.21 |
|   Direct Deposit Liabilities | (7,728.69) |
|   Thomas Taylor Sr. | 4,000.00 |
|   Payroll Liabilities |  |
|     AFLAC | 2,854.80 |
|     SIMPLE Plan | 12,311.16 |
|   City Tax Liabilities |  |
|     City of Walker Withholdings | 3,259.51 |
|     City of GR Withholdings | 784.10 |
|   **Total City Tax Liabilities** | 4,043.61 |
|   Federal Tax Liabilities |  |
|     FUTA Liabilities | 768.88 |
|     FICA Liabilities | 18,523.36 |
|     Federal Withholdings | 12,062.00 |
|   **Total Federal Tax Liabilities** | 31,354.24 |
|   State Tax Liabilities |  |
|     SUTA Liabilities | 3,516.39 |
|     State Withholdings | 54,123.75 |
|   **Total State Tax Liabilities** | 57,640.14 |
| **Total Payroll Liabilities** | 108,203.95 |
| **Total Other Current Liabilities** | 121,858.87 |
| **Total Current Liabilities** | 452,323.01 |
| **Long Term Liabilities** |  |
|   L/T Taxes Payable | 94,141.80 |
|   Note Payable | 54,057.83 |
|   Tech Financial Services | 46,658.91 |
|   Direct Capital - Server(14.28%) | 22,886.07 |

Page 2

Accrual Basis

# Taylor Tooling Group, LLC
## Balance Sheet
### As of November 1, 2018

|  | Nov 1, 18 |
|---|---:|
| Direct Capital - Press (12.99%) | 57,324.96 |
| FCB Term Loan (8.00%) | 356,452.53 |
| National Exchange (8.5%) | 38,407.17 |
| **Total Long Term Liabilities** | **669,929.27** |
| **Total Liabilities** | **1,122,252.28** |
| Equity |  |
| Jim Taylor |  |
|   Distributions | (46,980.21) |
|   Equity | (176,973.43) |
| **Total Jim Taylor** | **(223,953.64)** |
| Tom Taylor |  |
|   Distributions | (46,630.21) |
|   Equity | (139,707.10) |
| **Total Tom Taylor** | **(186,337.31)** |
| Net Income | 52,262.47 |
| **Total Equity** | **(358,028.48)** |
| **TOTAL LIABILITIES & EQUITY** | **764,223.80** |